UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD K. JOHNSON,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C08-5474FDB-KLS

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER

This matter is before the Court on respondent's motion for an extension of time until October 24, 2008, to file an answer to petitioner's *habeas corpus* petition. (Dkt. #9) After reviewing the motion and the remaining record, the Court hereby ORDERS as follows.

Petitioner has filed no response, and thus no objection, to respondent's motion. In addition, the Court finds that due to the reasons set forth in that motion, it is proper to grant the request for an extension of time to file an answer to the petition. Specifically, respondent states the state court records have been ordered but not yet received. Respondent further states an extension of time is needed to allow sufficient time to obtain and review those records, and to adequately respond to the petition.

Accordingly, respondent's motion (Dkt. #9) hereby is GRANTED. Respondent shall file its

ORDER
Page - 1

1 | answer to the petition by **no later than October 24, 2008**.

2 | The Clerk shall send copies of this Order to petitioner and counsel for respondent.

3 | DATED this 6th day of October, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2