UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD K. JOHNSON,

    Petitioner,

  v.

STATE OF WASHINGTON,

    Respondent.

Case No. C08-5474FDB-KLS

ORDER DISMISSING PETITION

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) the Court adopts the Report and Recommendation;

(2) petitioner's federal *habeas corpus* petition is DISMISSED; and

(3) the Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 20th day of January 2009.

            /s/ Franklin D. Burgess
            FRANKLIN D. BURGESS
            UNITED STATES DISTRICT JUDGE