# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD K. JOHNSON

v.

STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5474FDB/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

petitioner's federal *habeas corpus* petition is DISMISSED.

____January 21, 2009____
Date

____BRUCE RIFKIN____
Clerk

____*s/CM Gonzalez*____
Deputy Clerk