UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD K. JOHNSON,

    Petitioner,

  v.

STATE OF WASHINGTON,

    Respondent.

Case No. C08-5474FDB

ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

The Court adopted the Magistrate Judge's Report and Recommendation in this case on January 20, 2009. The matter was noted for January 9, 2009, but no objections were filed. The Magistrate Judge concluded there was a lack of subject matter jurisdiction in this case, and noted that he was released from prison on August 14, 2007. The Magistrate Judge further concluded that there was a lack of personal jurisdiction in that the State of Washington was not in any way Petitioner's custodian, as at no time since he filed his petition, was he "in custody," physically or otherwise. Additionally, Petitioner has failed to show good cause for his tardy request.

ACCORDINGLY, IT IS ORDERED: Petitioner's motion for Extension of Time To File Answer/or Objection To The Respondent's Report and Recommendation [Dkt. # 17] is DENIED.

DATED this 10th day of February, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1